[No. 62429-6-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS JOHN HEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02528-1, Douglas D. McBroom, J., entered September 18, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 62434-2-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW WILLIAM OYER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06468-7, Jeffrey M. Ramsdell, J., entered September 11, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 62436-9-I.   Division One.   July 27, 2009.]

KATHLEEN HARDEE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-07787-0, Sharon S. Armstrong, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Ellington, J. Now published at 152 Wn. App. 48.

[No. 62531-4-I.   Division One.   July 27, 2009.]

YUK WING NG, *Appellant*, v. M&G CONSTRUCTION, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-18789-1, Dean Scott Lum, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Lau, JJ.